# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 303
:
DESIGNATION OF CHAIR AND VICE- : DISCIPLINARY BOARD APPOINTMENT
CHAIR OF THE DISCIPLINARY BOARD : DOCKET
OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, Andrew J. Trevelise, Esquire, is hereby designated as Chair, and James C. Haggerty, Esquire, as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing April 1, 2019.